UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| PAMELA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:23-CV-00398-DCLC-DCP |
| | ) | |
| v. | ) | |
| | ) | |
| LMAP LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in the accompanying Order, this action is **DIMISSED** without prejudice for failure to prosecute. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court